# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151076

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KAMERON LEO KILGO,
      Defendant-Appellant.

SC: 151076
COA: 325582
Wayne CC: 14-009613-FH

_____/

On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether this Court's decision in *People v Cash*, 419 Mich 230 (1984), remains viable; and (2) whether the denial of the ability to assert the defense of reasonable mistake of age or fact violates due process or equal protection principles. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2015



s0520

Clerk